UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAXWELL KINSLEY,

           Plaintiff,

   v.

REUNION AT REDMOND RIDGE, et al.,

           Defendants.

Case No. C24-1820-KKE

ORDER

Because plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 8th day of November, 2024.

                                                S. KATE VAUGHAN
                                                United States Magistrate Judge

ORDER - 1