UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAXWELL KINSLEY,<br><br>                 Plaintiff(s),<br>   v.<br><br>REUNION AT REDMOND BRIDGE et al.,<br><br>                 Defendant(s). | CASE NO. C24-01820-KKE<br><br>ORDER |

This matter comes before the Court on its own motion. Plaintiff filed this action on November 5, 2024, and moved for leave to proceed *in forma pauperis*. Dkt. No. 1. The Court granted Plaintiff's motion. Dkt. No. 4. Nearly four months have passed, and Plaintiff has not filed any proof of service.

"If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against the defendant or order that service be made within a specified time." Fed. R. Civ. Proc. 4(m).

///

///

///

///

///

ORDER - 1

Accordingly, Plaintiff is ORDERED to show cause no later than **March 31, 2025**, why this case should not be dismissed for failure to prosecute.

Dated this 28th day of February, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER - 2