UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAXWELL KINSLEY,<br><br>              Plaintiff(s),<br>  v.<br><br>REUNION AT REDMOND BRIDGE et al.,<br><br>              Defendant(s). | CASE NO. C24-01820-KKE<br><br>ORDER |

On February 28, 2025, the Court ordered Plaintiff to show cause as to why this case should not be dismissed for failure to serve. Dkt. No. 6. The Court provided Plaintiff until March 31, 2025 to show cause or serve Defendants. *Id.* at 2. Plaintiff has not filed any response to the Court's order, nor filed proof of service.

"If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against the defendant or order that service be made within a specified time." Fed. R. Civ. Proc. 4(m). Accordingly, the Court DISMISSES this case without prejudice for failure to prosecute. *Id.* The Court directs the clerk to administratively close this case.

ORDER - 1

Dated this 28th day of April, 2025.

*Kymberly K. Evanson*
—————————————————
Kymberly K. Evanson
United States District Judge

ORDER - 2